UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DOUGLAS ANTHONY JONES,

        Petitioner,

                                    CASE NO. 07-CV-10917
v.                                     HONORABLE JOHN CORBETT O'MEARA

THOMAS BIRKETT,

        Respondent.
                                   /

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

This matter is before the Court on Petitioner's motion for reconsideration concerning the Court's dismissal of his petition for writ of habeas corpus for failure to comply with the one-year statute of limitations applicable to federal habeas actions. A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Having reviewed Petitioner's motion and his response to Respondent's dismissal motion, the Court concludes that Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). Accordingly, the Court **DENIES** Petitioner's motion for reconsideration.

                                                                 s/John Corbett O'Meara
                                                                 United States District Judge

Date: November 14, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 14, 2007, by electronic and/or ordinary mail.

                                                                         s/William Barkholz
                                                                          Case Manager